UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

JAMES D. LEWIS ~~AND OTHERS~~;

SUI JURIS; PROXY

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

(1) UNITED STATES OF AMERICA,
    SYSTEM(S)
(2) COOK COUNTY JAIL:
    TOM DART AND OTHERS
(3) COOK COUNTY CIRCUIT COURT
    CRIMINAL DIVISION: CHIEF BIEBEL; JUDGE JOYCE; JAMES LINN AND OTHERS
(4) RANDOLPH COUNTY:
    JUDGE GROSS AND OTHERS
(5) LIVINGSTON COUNTY:
    JUDGE JOHN AND JANE DOE'S AND OTHERS
(6) U.S. NORTHERN DISTRICT OF ILLINOIS
    EASTERN DIVISION: JUDGE JOHN & JANE DOE'S AND OTHERS
(7) U.S. CENTRAL DIVISION OF ILLINOIS
    PEORIA DIVISION: JUDGE JOHN & JANE DOE'S AND OTHERS

← IN HIS AND HER OFFICIALS CAPACITIES

Case No: 16-50085
(To be supplied by the Clerk of this Court)

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.") ATTACHED PAGE

CHECK ONE ONLY:

____ COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
U.S. Code (state, county, or municipal defendants)

✓ COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331 U.S. Code (federal defendants)

____ OTHER (cite statute, if known)

BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.

(8) U.S. SOUTHERN DIST. / U.S. DIST. CT. NORTHERN - ILLINOIS JUDGE JOHN & JANE DOE'S AND OTHERS

(9) STATE OF ILLINOIS, JOHN & JOANNE DOE'S; TERRITORIES; OFFICIAL(S) AND OTHERS

(10) ADMINISTRATION REVIEW BOARD (ARB) AND OTHERS

(11) STATE OF ILLINOIS COURT OF CLAIM / ILLINOIS SUPREME COURT AND OTHERS
OTHERS (CITE STATUTE, IF KNOWN)

CONSPIRACY; CRIME AGAINST HUMANITY; RULE #14 "THIRD-PARTY PRACTICE"; RULE #36 "REQUESTS FOR ADMISSION"; RULE #44 "PROOF OF OFFICIAL RECORD"; RULE #54 "JUDGMENTS; COSTS"; RULE #55 "DEFAULT"; RULE #60 "RELIEF FROM JUDGMENT OR ORDER"; RULE #62 "STAY OF PROCEEDINGS TO ENFORCE A JUDGMENT"; RULE #64 "SEIZURE OF PERSON OR PROPERTY"; RULE #71 "PROCESS IN BEHALF OF AND AGAINST PERSONS NOT PARTIES"; RULE #77 "DISTRICT COURTS AND CLERKS"; RULE #83 "RULES BY DISTRICT COURTS; JUDGE'S DIRECTIVES AND ETC.

I. Plaintiff(s):

   A. Name: JAMES D. LEWIS

   B. List all aliases: _____

   C. Prisoner identification number: 2007082960 / 2008 006 6593 / B-52329

   D. Place of present confinement: DIXON C.C.

   E. Address: 2600 NORTH BRENTON AVE. DIXON, IL 61021-8

   (If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, and current address according to the above format on a separate sheet of paper.)

II. Defendant(s):
   (In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

   A. Defendant: UNITED STATES OF AMERICA AND OTHERS

      Title: CITIZEN(S)

      Place of Employment: DOJ 950 PENNSYLVANIA AVE. NW, WASHINGTON, D.C. 20530-001

   B. Defendant: TOM DART AND EMPLOYEES

      Title: SHERIFF OF COOK COUNTY

      Place of Employment: 50 W. WASHINGTON AVE. CHICAGO, IL 60601

   C. Defendant: CHIEF JUSTICE BIEBEL, JUDGE JOYCE, JUDGE LINN AND OTHERS

      Title: JUDGES AND EMPLOYEES

      Place of Employment: 2650 So. CALIFORNIA AVE. CHICAGO, IL 60608

   (If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

D. DEFENDANT: JUDGES GROSS AND OTHERS
   TITLE: JUDGES AND EMPLOYEES
   PLACE OF EMPLOYMENT: RANDOLPH COUNTY

E. DEFENDANT: LIVINGSTON COUNTY JUDGES JOHN AND JANE DOE'S
   TITLE: JUDGES AND EMPLOYEES
   PLACE OF EMPLOYMENT: LIVINGSTON COUNTY

F. DEFENDANT: JUDGES AND EMPLOYEES/JOHN AND JANE DOE'S
   TITLE: JUDGES AND EMPLOYEES
   PLACE OF EMPLOYMENT: U.S. NORTHERN DISTRICT OF ILLINOIS/219 S. DEARBORN ST. EASTERN DIVISION   CHICAGO, IL 60604

G. DEFENDANT: JUDGES AND EMPLOYEES/JOHN AND JANE DOE'S
   TITLE: JUDGES AND EMPLOYEES
   PLACE OF EMPLOYMENT: U.S. CENTRAL DISTRICT OF ILLINOIS PEORIA DIVISION / PEORIA DIVISION 100 N.E. MONROE ST. Room #309 PEORIA, IL 61602

H. DEFENDANT: JUDGES AND EMPLOYEES/JOHN AND JANE DOE'S
   TITLE: JUDGES AND EMPLOYEES
   PLACE OF EMPLOYMENT: U.S. SOUTHERN DISTRICT OF ILLINOIS

I. DEFENDANT: GOVERNOR BRUCE RAUNER AND EMPLOYEES
   TITLE: GOVERNOR OF THE STATE OF ILLINOIS
   PLACE OF EMPLOYMENT: 1301 CONCORDIA COURT, SPRINGFIELD, IL 62794

J. DEFENDANT: TERRY ANDERSON AND EMPLOYEES
   TITLE: ADMINISTRATION REVIEW BOARD (ARB)
   PLACE OF EMPLOYMENT: 1301 CONCORDIA COURT SPRINGFIELD, IL 62794

K. DEFENDANT: PETER J. BIRNBAUM AND EMPLOYEES
   TITLE: CHIEF JUSTICE
   PLACE OF EMPLOYMENT: 630 SO. COLLEGE STREET, SPRINGFIELD, IL 62794

L. DEFENDANT: (ILLINOIS COURT OF CLAIMS/ILLINOIS SUPREME COURT AND OTHERS) JUDGE(S) AND EMPLOYEE(S)/JOHN AND JANE DOE'S
   TITLE: JUDGES AND EMPLOYEES
   PLACE OF EMPLOYMENT: UNKNOWN

(2A)

III. Exhaustion of Administrative Remedies

You are required to exhaust all your available administrative remedies before bringing an action in federal court.

A. Is there a grievance procedure available at your institution?

YES (✓) NO ( ) If there is no grievance procedure, skip to F.

B. Have you filed a grievance concerning the facts in this complaint?

YES (✓) NO ( )

C. If your answer is **YES**:

1. What steps did you take?
   "REQUESTING"

2. What was the result?
   "NOTHING"

3. If the grievance was not resolved to your satisfaction, did you appeal? What was the result (if there was no procedure for appeal, so state.)

   "NOTHING"

D. If your answer is NO, explain why not:
   "SOME WAS EMERGENCY"

3

E. Is the grievance procedure now completed? YES (✓) NO ( )

F. If there is no grievance procedure in the institution, did you complain to authorities? YES (✓) NO ( )

G. If your answer is YES:

1. What steps did you take?
"REQUESTING"

2. What was the result?
"NOTHING"

H. If your answer is NO, explain why not:
"SOME WAS EMERGENCY"

4

IV. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court (including the Central and Southern Districts of Illinois):

    A. Name of case and docket number: JAMES D. LEWIS Vs. ALL PARTIES LISTED; CHECK ALL #ID NUMBER LISTED IN EACH COURT(S).

    B. Approximate date of filing lawsuit: _____

    C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _____

    D. List all defendants: _____

    E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _____

    F. Name of judge to whom case was assigned: _____

    G. Basic claim made: _____

    H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _____

    I. Approximate date of disposition: _____

IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.

V.  Statement of Claim:

State here as briefly as possible the facts of your case. Describe precisely how each defendant is involved. Include also the names of other persons involved, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

I ABOVE PERSON IS BRINGING THIS CLAIM TO THE COURT(S) AND OTHERS ATTENTION "RELATING BACK" AND "RETROACTIVE" THAT OFFICIAL(S) IS "CONSPIRING" AGAINST THE "FEDERAL BUREAU INVESTIGATION" A.K.A. "F.B.I.", BECAUSE ON SEVERAL OCCASION I HAVE ASKED TO TALK TO THE "F.B.I" ABOUT SERIOUS MATTER(S), AND UNITED STATES OF AMERICA CITIZENS HAVE COMMITTED [TREASON] ON THE CONSTITUTION(S), BECAUSE MY HUMAN AND CONSTITUTIONAL RIGHTS HAVE BEEN VIOLATED, AND IT HAVE CAUSE MYSELF AND OTHERS TO BECOME [SUICIDE] AND [HOMICIDE]. ALL MATTER(S) HAVE BEEN IMPORTANT AND OFFICIAL(S) IS DESTROY OUR COUNTIES WITH NOT STANDING ON THERE DUTIES AS (FEDERAL) GOVERNMENT AND STATE OFFICIALS. ABUSING THERE AUTHORITIES AS PUBLIC OFFICAL(S) AND I'M SUFFERING BECAUSE I'M TRYING TO CHANGE MY LIFE, BECAUSE I DO NOT WANT BE A MENACE SOCIETY. OFFICIALS HAVE PUT THE UNITED STATES OF AMERICA PRESIDENT(S) AND CITIZENS LIVES ENDANGER, AND ALL OFFICIAL(S) WITHIN THIS LAWSUIT HAVE TURNED A BLIND EYE TOWARDS THESE SITUATION(S). SEVERAL OFFICIALS HAS SAID; "FUCK THE F.B.I". ALL PARTIES SAY THEY ARE IMMUNIZED FROM THE UNITED STATES AND ILLINOIS CONSTITUTION(S).

6

SO, IF THEY SAY THEY ARE IMMUNIZED, THAT MEANS MYSELF AND OTHERS ARE IMMUNIZED FROM THE UNITED STATES AND ILLINOIS CONSTITUTION(S), BECAUSE I'M A [SOVEREIGN] AND A [CITIZEN] JUST LIKE EVERYONE ELSE. SO, ARE ALL OFFICIAL BIGGER THEN LAW?

VI. Relief:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I'M REQUESTING $50,000,000.00 IN DAMAGES, AND ALL LAWSUIT(S) "RELATE BACK" AND "RETROACTIVE" TO SHOW "CAUSE OF ACTION", BECAUSE THIS IS A THREAT TO OUR HOMELAND SECURITY AND LAWS. AND SEVERAL OFFICIALS IS TURNING A BLIND EYE AND I WOULD LIKE THIS ~~COMPLAINT~~/FEDERAL QUESTION(S) TO BE DELIVER TO THE PRESIDENT BARACK OBAMA DESK AND F.B.I. A.S.A.P. THANK YOU!!! ALSO, I WOULD LIKE TO BE RELEASE CUSTODY, AND FOR ALL LAWS TO BE CHANGED?

P.S. ALSO, I DEMAND FOR A SPEED TRIAL BY A JURY. THANK YOU!!!

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this __31__ day of __MARCH__, 20__16__

_____ SUI JURIS; PROXY
(Signature of plaintiff or plaintiffs)

__JAMES D. LEWIS__
(Print name)

__B-52327__
(I.D. Number)

__2600 NORTH BRINTON AVE.__

__DIXON, IL 61021__

(Address)

8

IN THE
<u>UNITED STATES DISTRICT COURT</u>
<u>NORTHERN DISTRICT OF ILLINOIS</u>
WESTERN DIVISION

ORIGINAL COPY

<u>JAMES D. LEWIS</u> )
Plaintiff: SUI JURIS; PROXY )
)  Case No. _____
Vs. )
) $50,000,000.00
) "RELATE BACK" AND "RETROACTIVE"
<u>UNITED STATES OF AMERICA, et.al,</u> )
Defendant ) "EMERGENCY"

---

## NOTICE OF FILING/AFFIDAVIT OF SERVICE

TO: <u>UNITED STATES COURTHOUSE</u>        TO: _____
    <u>CLERK OF COURT</u>                       _____
    <u>211 SOUTH COURT ST.</u>                  _____
    <u>ROCKFORD, IL 61101</u>                   _____

TO: _____                              TO: _____
    _____                                  _____
    _____                                  _____
    _____                                  _____

PLEASE TAKE NOTICE that on __4/4__, 2016. I have placed the documents listed below in the institutional mail at __DIXON__ Correctional Center, properly addressed to the parties listed above for mailing through the United States Postal Service: _____
__FEDERAL QUESTIONS AND ETC.__

DATED: __3/31/2016__                    S. _[signature]_
                                         Name: JAMES D. LEWIS
                                         IDOC#: B-52327
                                         Address: 2600 NORTH BRINTON AVE.
                                                  DIXON, IL 61021

**OFFICIAL SEAL**
**MARGARET THOMAS**
Notary Public - State of Illinois
My Commission Expires 8/25/2019

Subscribed and sworn to before me on this __31__ day of __March__, 20__16__.

_Margaret Thomas_
Notary Public

JAMES D. LEWIS
B-52227
2600 NORTH BRINTON AVE.
DIXON, IL 61021

LEGAL
MAIL

UNITED STATES COURTHOUSE
CLERK of COURT
211 SOUTH COURT ST.
ROCKFORD, IL 61101